United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 25-03360-MJC

Tyler Ryan Ortiz                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: ntcnfhrg | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyler Ryan Ortiz, 272 Lyndwood Avenue, Hanover Township, PA 18706-1328 |
| 5761334 | + | Corner Post FCU, PO Box 1172, Wilkes Barre PA 18703-1172 |
| 5761335 | + | Luzerne County Flood Protection Authorit, P.O. Box 1909, Kingston, PA 18704-0909 |
| 5761336 | | M&T Bank, One M&T Plaza, Buffalo NY 14203 |
| 5761337 | + | Portnoff Law Associates LTD, PO Box 391, Norristown PA 19404-0391 |
| 5761338 | + | WVSA, 555 Exeter Avenue, West Pittston, PA 18643-1749 |
| 5774521 | | Wyoming Valley Sanitary Authority, PO Box 33A, Wilkes-Barre, PA 18703 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5767295 | + | Email/Text: BKRMailOps@weltman.com | Jan 27 2026 18:49:00 | CORNER POST FEDERAL CREDIT UNION, c/o Weltman, Weinberg, and Reis Co., L.P, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 5761333 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2026 18:52:01 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5768432 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2026 18:52:01 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5775201 | | Email/Text: camanagement@mtb.com | Jan 27 2026 18:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026                         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Tyler Ryan Ortiz johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tyler Ryan Ortiz,

**Debtor 1**

Chapter      13

Case No.      5:25−bk−03360−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 26, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 5, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 27, 2026 |

ntcnfhrg (08/21)