Certificate Number: 17082-PAM-DE-040679355

Bankruptcy Case Number: 25-03360



17082-PAM-DE-040679355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2026</u>, at <u>10:31</u> o'clock <u>AM MST</u>, <u>TYLER RYAN ORTIZ</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 2, 2026</u>

By: <u>/s/Orsolya K Lazar</u>

Name: <u>Orsolya K Lazar</u>

Title: <u>Executive Director</u>